UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEMEKA GOODWILL,

    PLAINTIFF,

v.                                                                                  Case No. 08-13572

                                                                                Judge Sean F. Cox
COMMISSIONER OF SOCIAL SECURITY,      Magistrate Judge Mona K. Majzoub

    DEFENDANT.
_____/

**OPINION & ORDER
ACCEPTING REPORT & RECOMMENDATION**

    Plaintiff Shemeka Goodwill brought this action challenging a final decision of the Commissioner denying her application for Supplemental Security Income.  Thereafter, both parties filed motions for summary judgment, which were referred to Magistrate Judge Mona K. Mazoub pursuant to 28 U.S.C. §636(b)(1)(B) & (C).  On July 28, 2009, Magistrate Judge Mazoub issued a Report and Recommendation ("R&R") wherein she recommends that Defendant's Motion for Summary Judgment be denied, that Plaintiff's Motion for Summary Judgment be denied, and that the case be remanded for further proceedings.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within ten (10) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.  In this matter, however, the record reflects that no objections to the R&R have been filed by either party.

    Accordingly, the Court accepts and adopts the July 28, 2009 R&R.  Defendant's Motion

for Summary Judgment is **DENIED** and Plaintiff's Motion for Summary Judgment is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further administrative proceedings consistent with the R&R.

    **IT IS SO ORDERED**.

                      S/Sean F. Cox
                      Sean F. Cox
                      United States District Judge

Dated: August 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2009, by electronic and/or ordinary mail.

                      S/Jennifer Hernandez
                      Case Manager